# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED
DEC 03 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___BLH___ DEP CLK

| | |
|---|---|
| United States of America<br>v.<br>Milton Ermilo Arreaga Roblero<br><br>*Defendant(s)* | )<br>)<br>) Case No. 5:25-mj-2535-JG<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2, 2025__ in the county of __Wake__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C § 111 | The defendant, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. §1114, to wit: Federal Deportation Officers, who were engaged in their offficial duties with intent to commit another felony. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Gregory S. Garey, Special Agent, FBI
Printed name and title

Arrested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Sworn to before me and signed in my presence.

Date: 3 DEC. 2025

_____
Judge's signature

City and state: Raleigh, North Carolina

James E. Gates, United States Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND ARREST WARRANT

I, Special Agent Gregory S. Garey, being duly sworn, depose and state that:

## INTRODUCTION AND AGENT BACKGROUND

1. I, Gregory S. Garey, am a Special Agent with the Federal Bureau of Investigation assigned to the Raleigh, Resident Agency, of the Charlotte, North Carolina Field Office. I am currently assigned to the Joint Terrorism Task Force (JTTF), I have been an FBI Special Agent for approximately 17 years. I am an investigative and law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). My duties as a Special Agent include the full-time investigation of a wide range of federal criminal offenses, including violations of federal and state criminal offenses.

2. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents and investigators involved in this investigation. This affidavit contains only the information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

## APPLICABLE STATUTES

3. Thus, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in chapters 77, 110, and 117 of Title 18, United States Code in addition to Title 8 immigration and nationality laws.

4. I make this affidavit in support of a criminal complaint and arrest warrant for **MILTON ERMILO ARREAGA ROBLERO (hereinafter ROBLERO)**. Based on the information detailed below, I submit that there is probable cause to believe that, beginning on or around December 2, 2025, **ROBLERO** violated 18 U.S.C. § 111 (Assaulting, resisting, or impeding officers) in the Eastern District of North Carolina.

## PROBABLE CAUSE

5. Federal Deportation Officers (FDOs), assigned to the Immigration Customs Enforcement (ICE) office in Cary, NC, obtained a Deportation Order for Removal against Maynor Godinez-Mendez (hereinafter Mendez). On or about December 2, 2025, FDOs initiated surveillance around 10211 Chapel Hill Rd, Morrisville, NC, to attempt an arrest of Mendez. At approximately 10:40 am, a Hispanic male matching the description of Mendez, entered a vehicle, a red in color Honda Civic (hereinafter Target Vehicle) known to be utilized by Mendez, and proceeded to head North on Chapel Hill Rd. FDO 1 informed the arrest team via a

2

handheld radio, the direction of travel of the Target Vehicle, and proceeded to follow behind the Target Vehicle.

6. Upon hearing the direction of travel for the Target Vehicle, FDO 2 proceeded towards the vicinity of 10300 Chapel Hill Rd, Morrisville, NC, given the established "pattern of life" for Mendez suggested he would travel to the Sangam Mart at that location. Upon FDO 2's arrival at 10300 Chapel Hill Rd, FDO 2 noticed they preceded the Target Vehicle's arrival, causing ~~in~~ FDO 2 to circle around the parking lot and fall into place behind FDO 1, who was directly behind the Target Vehicle.

[handwritten margin note: "Revision at affiant's direction." with initials]

7. Upon hearing the direction of travel for the Target Vehicle, FDO 3, who was already positioned in the vicinity of 10300 Chapel Hill Rd, Morrisville, NC, placed their Government Owned vehicle in a position to block the Target Vehicle from entering the main parking lot. FDO 3 initiated their blue emergency lights upon seeing the Target Vehicle turn right from Chapel Hill Rd, towards the main parking lot.

8. As FDO 3 activated their blue emergency lights from the front of the Target Vehicle, FDO 1 activated their blue emergency lights from the rear of the Target Vehicle. Subsequently, FDO 2 moved from behind FDO 1 and stationed their car aside the driver's side door of the Target Vehicle.

9. At this time, the Target Vehicle came to a complete stop, allowing FDO 3 to exit their car and position themselves in between their vehicle and the Target Vehicle, while giving commands of "POLICE, STOP". FDO 3 was wearing a green in

3

color ballistic vest, with "POLICE" displayed across their chest. As FDO 3 was giving commands, the Target Vehicle reversed its direction and collided with FDO 1's occupied vehicle. The Target Vehicle then drove forward, colliding into the occupied FDO 2 vehicle and FDO 3's unoccupied vehicle. This forced FDO 3, who was outside of their vehicle, to move out of the way of the incoming Target Vehicle, fearing for their life. After colliding with FDO 3's vehicle, the Target Vehicle collided with FDO 2's vehicle for a second time, then drove over a curb, through a garden bed, and collided with an unrelated and previously parked vehicle, causing the Target Vehicle to be disabled.

10. FDO 1 gave verbal commands for the driver to exit the Target Vehicle, at which time **ROBLERO**, who was the only occupant in the Target Vehicle, exited through the driver-side door and was placed into custody by the FDOs.[*] When **ROBLERO** was asked his named, in Spanish, by an FDO, he responded, "Milton." **ROBLERO** was placed into the back of FDO 1's vehicle, while the scene was secured for further processing. An identification card for **ROBLERO** was found in the center console of the Target Vehicle. FDOs determined **ROBLERO** has an outstanding Final Order of Deportation through ICE.

[handwritten margin note: Revision at affiant's direction]

[remainder of page intentionally left blank]

[*] As noted in paragraph 5, officers had expected Mendez to be the driver.

4

Case 5:25-cr-00303-FL-RJ   Document 1   Filed 12/03/25   Page 5 of 6

## CONCLUSION

11.     Based on the facts set forth in this affidavit, I submit that there is probable cause to believe that **MILTON ERMILO ARREAGA ROBLERO** violated 18 U.S.C. § 111 (Assaulting, resisting, or impeding officers).

Respectfully Submitted,

_____
GREGORY S. GAREY
Special Agent
Federal Bureau of Investigation

On this __3__ day of December, 2025, at or around __4:54__ AM/PM, Special Agent Gregory S. Garey appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this Affidavit.

_____
JAMES E. GATES
United States Magistrate Judge

5