FILED IN OPEN COURT
ON 12/16/2025 CBP
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-303-FL-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ) <br> MILTON ERMILO ARREAGA ROBLERO ) | INDICTMENT |

The Grand Jury charges that:

## COUNT ONE

On or about December 2, 2025, in the Eastern District of North Carolina, the defendant, MILTON ERMILO ARREAGA ROBLERO, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: federal deportation officers who were engaged in official duties and caused physical contact, and used a deadly or dangerous weapon, and acted with the intent to commit another felony.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT TWO

On or about December 2, 2025, in the Eastern District of North Carolina, the defendant, MILTON ERMILO ARREAGA ROBLERO, willfully and by means of driving a motor vehicle into it, did injure and commit a depredation against property of the United States, specifically three vehicles that are property of United States

Immigration and Customs Enforcement, and the resulting damage exceeded the sum of $1,000.00,

All in violation of Title 18, United States Code, Section 1361.

A TRUE BILL:

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 12/16/25

W. ELLIS BOYLE
United States Attorney

BY: Ashley Foxx
Assistant United States Attorney