UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-303-FL-RJ-1

| UNITED STATES OF AMERICA | UNOPPOSED |
| --- | --- |
| v. | MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE AND TO CONTINUE |
| MILTON ERMILO ARREAGA ROBLERO | ARRAIGNMENT AND TRIAL |

The defendant, Milton Ermilo Arreaga Roblero, by and through counsel, respectfully moves the Court to extend the deadline to file pre-trial motions until February 20, 2026, and to continue the arraignment and trial currently scheduled for the February 10, 2026, term, for a minimum of thirty (30) days, to the March 2026 term of court. The following is offered in support of this request:

1. Mr. Roblero was named in a criminal complaint filed on December 3, 2025, charging him with forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with federal deportation officers, who were engaged in their official duties with intent to commit another felony, in violation of Title 18, U.S.C. § 111, (D.E. 1). Mr. Roblero was arrested on December 4, 2025.

2. The Office of the Federal Public Defender was appointed to represent Mr. Roblero on December 5, 2025, (D.E. 5), and the undersigned entered his Notice of Appearance on December 8, 2025, (D.E. 7).

3. A two-count indictment was subsequently filed on December 16, 2025, (D.E. 12), charging Mr. Roblero with: Count One: Assault on a government officer with deadly or dangerous weapon or inflicting bodily injury, in violation of Title 18, U.S.C. § 111(a)

1

and (b); and Count Two: Destruction of government property, in violation of Title 18, U.S.C. § 1361, (D.E. 12).

4. Pursuant to the Scheduling Order filed on December 17, 2025, (D.E. 17), pre-trial motions are due on or before January 21, 2026. Responses to pre-trial motions are due by February 4, 2026. Arraignment is currently scheduled for the February 10, 2026, term of court.

5. Mr. Roblero is in custody of the United States Marshal's Service at Piedmont Regional Jail in Farmville, Virginia.

6. The undersigned is requesting a continuance of the pretrial motions deadline and arraignment to conduct further investigation and research in this case. Additionally, due to the holidays and the client being housed a significant distance away from this district, defense counsel has not yet spent sufficient time with Mr. Roblero to determine what, if any, pretrial motions are appropriate, and the best way to proceed with the case.

7. As such, defense counsel respectfully requests that the pretrial motions deadline be extended through and including February 20, 2026, and that the arraignment be continued for a minimum of thirty (30) days, to the Court's March 2026 term.

8. Assistant United States Attorney Ashley H. Foxx has indicated that she does not oppose this Motion.

9. This Motion is made in good faith and not for the purposes of delay. Neither the Government nor the defendant would be prejudiced by the extension and continuance sought herein.

WHEREFORE, the Defendant respectfully requests that the deadline for filing pretrial motions be extended to February 20, 2026, and that the arraignment in this matter be continued for

2

Case 5:25-cr-00303-FL-RJ     Document 19     Filed 01/12/26     Page 2 of 4

a minimum of thirty (30) days, or to a date that the Court deems appropriate. The ends of justice served by this Motion outweigh the interests of the public and the Defendant in a speedy trial as set forth in 18 U.S.C. § 3161(h)(7)(A).

Respectfully requested this 12th day of January, 2026.

        G. ALAN DuBOIS
        Federal Public Defender

        */s/ James E. Todd, Jr.*
        JAMES E. TODD, JR.
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        201 South Evans Street, Suite 153
        Greenville, North Carolina 27858
        Telephone: 252-830-2620
        Fax: 252-830-2232
        E-mail: Jay_Todd@fd.org
        N.C. State Bar No. 28832
        LR 57.1 Counsel Appointed

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon:

ASHLEY H. FOXX
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601


by electronically filing the foregoing with the Clerk of Court on this date, using the CM/ECF system which will send notification of such filing to the above.

This, the 12th day of January, 2026.

                                                ***/s/ James E. Todd, Jr.***
                                                JAMES E. TODD, JR.
                                                Assistant Federal Public Defender
                                                Attorney for Defendant
                                                Office of the Federal Public Defender
                                                201 South Evans Street, Suite 153
                                                Greenville, North Carolina 27858
                                                Telephone: 252-830-2620
                                                Fax: 252-830-2232
                                                E-mail: Jay_Todd@fd.org
                                                N.C. State Bar No. 28832
                                                LR 57.1 Counsel Appointed