UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-303-FL-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MILTON ERMILO ARREAGA ROBLERO | ORDER |

This matter comes before the court on Defendant's unopposed motion to extend the pretrial motions deadline and to continue the arraignment and trial. For good cause shown, the motion is GRANTED. Defendant shall be allowed until February 20, 2026, to file pretrial motions, and the Government shall file any responses to pretrial motions fourteen days thereafter. Defendant's arraignment is continued until the March 10, 2026, term of court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 13th day of January, 2026.

Louise Wood Flanagan
United States District Judge